# Court of Appeals
# of the State of Georgia

ATLANTA, October 07, 2024

*The Court of Appeals hereby passes the following order:*

### A25I0040. JAMES CROSS v. THE STATE.

In this prosecution for violations of the Georgia Controlled Substances Act, defendant James Cross filed this application for interlocutory review, seeking to appeal the superior court's August 15, 2024 order denying his motion to enforce a plea agreement. The superior court issued a certificate of immediate review on August 28, 2024. We lack jurisdiction.

Under OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had. If the certificate of immediate review is not entered within that ten-day period, it is untimely, and the party seeking review must wait until the final judgment to appeal. See OCGA § 5-6-34 (b); *Wilcher v. Confederate Packaging*, 287 Ga. App. 451, 452 (1) (651 SE2d 790) (2007) ("A certificate of immediate review of a court order must be signed by the trial judge and filed with the clerk of the trial court within ten days of the entry of the interlocutory order sought to be appealed."). Here, although the superior court judge signed the certificate of immediate review on Monday, August 26, 2024, it was not filed with the superior court clerk until August 28. And the relevant date for determining the timeliness of the certificate is the date it was filed with the trial court clerk. See *Van Schallern v. Stanco*, 130 Ga. App. 687, 687 (204 SE2d 317) (1974). As a result, the certificate of immediate review here was untimely, as it was entered 13 days after entry of the order denying Cross's motion to enforce

a plea agreement. We therefore lack jurisdiction to consider this application for interlocutory review, which is hereby DISMISSED. See id.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,   10/07/2024           *

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*